## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER CAMPBELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action Number** |
| ) | **2:14-CV-02042-VEH** |
| **UNITED RECOVERY SYSTEMS LP,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, Jennifer Campbell, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant, United Recovery Systems, LP with prejudice.

Defendant has not filed either an answer to the complaint or a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(i) is therefore appropriate.

                                                        Respectfully submitted,

Dated: December 2nd, 2014        /s/ S. Scott Allums
                                              S. Scott Allums (ASB-5967-n62a)
                                              S. Scott Allums, PC
                                              506 North 18th Street
                                              Bessemer, Alabama 35020
                                              Telephone:  (205) 426-7080
                                              Facsimile: (888) 341-6040
                                              scott@allumslaw.com
                                              **Attorney for Plaintiff**

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2014 a true and accurate copy of the foregoing *Notice of Dismissal of Complaint* has been served upon the following by electronic mail.

Janet Young
Compliance Department
United Recovery Systems, LP
janet.deyoung@ursi.com

                                             /s/ S. Scott Allums
                                             S. Scott Allums
                                             Counsel for Plaintiff