# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**JENNIFER CAMPBELL,**

   **Plaintiff,**

**v.**

**UNITED RECOVERY SYSTEMS LP,**

   **Defendant.**

**CIVIL ACTION NO.: 2:14-CV-2042-VEH**

## FINAL DISMISSAL ORDER

The Plaintiff has filed today a Notice of Voluntary Dismissal. (Doc. 10). The Notice states that the dismissal is "with prejudice." The court notes that Plaintiff perfected service on the Defendant on October 31, 2014. No answer has been filed by the Defendant, nor has Plaintiff applied for entry of default by the Clerk of Court. On December 1, 2014, the Plaintiff was directed to **show cause in writing by December 15, 2014,** why this action should not be dismissed for failure to prosecute. (Doc. 9).

Based on the Plaintiff's Notice of Voluntary Dismissal, this action is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 2nd day of December, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge